## HARBISON-WALKER REFRACTORIES, A DIVISION OF DRESSER INDUSTRIES, INC. v. BRIECK

No. 87–271. Argued October 31, 1988—Decided December 12, 1988

822 F. 2d 52, 

*Andrew M. Kramer* argued the cause for petitioner. With him on the briefs were *Erwin N. Griswold, David A. Copus, Patricia A. Dunn,* and *James P. Hollihan.*

*Brian J. Martin* argued the cause for the United States et al. as *amici curiae* urging affirmance. On the brief were *Solicitor General Fried, Assistant Attorney General Reynolds, Deputy Solicitor General Merrill, Charles A. Rothfeld,* and *Charles A. Shanor.*

*James H. Logan* argued the cause for respondent. With him on the brief were *Julius L. Chambers, Charles Stephen Ralston, Ronald L. Ellis,* and *Eric Schnapper.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

JUSTICE WHITE dissents.

---

*Briefs of *amici curiae* urging reversal were filed for the Chamber of Commerce of the United States of America by *John C. Unkovic* and *Stephen A. Bokat;* and for the Equal Employment Advisory Council by *Robert E. Williams, Douglas S. McDowell,* and *Ann Elizabeth Reesman.*

Briefs of *amici curiae* urging affirmance were filed for the American Association of Retired Persons by *Alfred Miller, Steven S. Honigman, Christopher G. Mackaronis,* and *Cathy Ventrell-Monsees;* and for the Plaintiff Employment Lawyers Association by *Paul H. Tobias.*